IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GETTY IMAGES, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>ROXANNE MOTAMEDI, an individual,<br><br>    Defendant. | Case No. 2:16-cv-1892<br><br>CORPORATE DISCLOSURE STATEMENT |

Plaintiff Getty Images, Inc., by and through their counsel of record, Sebris Busto James, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

1. Getty Images, Inc., a Delaware corporation that is not publicly traded, is wholly owned by other entities that are also not publicly traded.

2. A majority interest of those not publicly traded entities is indirectly held by an affiliate of The Carlyle Group LP, which is a publicly traded Delaware limited partnership.

DATED this 11th day of December, 2016.

SEBRIS BUSTO JAMES

/s/ Jeffrey A. James
Jeffrey A. James, WSBA #18277
/s/ Tina Aiken
Tina Aiken, WSBA #27792
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Emails: jaj@sebrisbusto.com
taiken@sebrisbusto.com
Tel: 425-454-4233 / Fax: 425-453-9005
Attorneys for Plaintiff

CORPORATE DISCLOSURE STATEMENT - 1
Case No.

SEBRIS BUSTO JAMES
14205 S.E. 36th Street – Suite 325
Bellevue, Washington 98006
(425) 454-4233