UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GETTY IMAGES, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ROXANNE MOTAMEDI, an individual, <br><br> Defendant. | Case No. 2:16-cv-1892 <br><br> CERTIFICATE OF SERVICE |

I, Holly Holman, certify under penalty of perjury under the laws of the United States that on December 11, 2016, I arranged for service, via legal messenger the following documents to Ms. Motamedi personally at her last known address: 410 South Barrington, Apt. #308 Los Angeles, CA 90049.   We also sent electronic copies to all 3 personal email addresses used by her.

1. Civil Coversheet
2. Summons
3. Complaint for Damages
4. Corporate Disclosure Statement
5. Plaintiff's Motion for Temporary Restraining Order, Order to Show Cause, and Order Expediting Discovery
6. Declaration of Jeffrey A. James and exhibits attached thereto
7. Declaration of Ann Hatcher and exhibits attached thereto
8. Declaration of Craig Peters and exhibits attached thereto
9. Declaration of Tom Blikre

CERTIFICATE OF SERVICE- 1

SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington  98006
Tel: (425) 454-4233 – Fax:(425) 453-9005

10. Proposed Order granting Plaintiff's Motion for Temporary Restraining Order, Order to Show Cause, and Order Expediting Discovery

| | | |
|---|---|---|
| Rebecca Motamedi | [ ] | By United States Mail |
| 410 South Barrington | [X] | By Legal Messenger |
| Apt. 308 | [ ] | By Facsimile |
| Los Angeles, CA 90049 | [ ] | By E-Service |
| Roxanne.motamedi@gmail.com | [X] | By Electronic Mail |
| swissrox@gmail.com | | |
| ml90049@gmail.com | | |

/s/ Holly Holman
Holly Holman

CERTIFICATE OF SERVICE- 2

SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005