The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GETTY IMAGES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROXANNE MOTAMEDI, an individual,<br><br>Defendant. | NO.   2:16-cv-01892-RAJ<br><br>**DECLARATION OF MATTHEW W. SCHMIDT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PRELIMINARY INJUNCTION** |

I, Matthew W. Schmidt, an attorney duly admitted to practice law in the State of New York, affirm the following under penalty of perjury:

1. I am an attorney with law firm Balestriere Fariello. I represent Defendant Roxanne Motamedi in the above-reference action, and I submit this affirmation in support of the Defendant's Opposition to Preliminary Injunction.

2. Attached to this affirmation as Exhibit A is a true and correct copy of the Transcript of the Telephone Conference, dated December 15, 2016

DECLARATION OF MATTHEW W. SCHMIDT - 1
No. 2:16-cv-01892-RAJ

**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
(212) 374-5421

DATED: January 5, 2017.

**BALESTRIERE FARIELLO**

By: _____
Matthew W. Schmidt
225 Broadway, 29th Floor
New York, New York 10007
Telephone: 212.374.5421
Facsimile:  212.208.2613
Email:  matthew.schmidt@balestrierefariello.com

DECLARATION OF MATTHEW W. SCHMIDT - 2
No. 2:16-cv-01892-RAJ

**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
(212) 374-5421

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 5th day of January, 2017.

*Ashlee Hooten*
Ashlee Hooten

CERTFICATE OF SERVICE
No. 2:16-cv-01892-RAJ

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500