UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GETTY IMAGES, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br>v.<br><br>ROXANNE MOTAMEDI, an individual,<br><br>     Defendant. | NO.   2:16-cv-01892-RAJ<br><br>**DECLARATION OF MATTHEW W. SCHMIDT IN SUPPORT OF DEFENDANT'S RESPONSE TO GETTY IMAGES'S MOTION TO REDACT AND SEAL PORTIONS OF THE TRANSCRIPT** |

I, Matthew W. Schmidt, an attorney duly admitted to practice law in the State of New York, declare the following under penalty of perjury:

1. I am an attorney with law firm Balestriere Fariello. I represent Defendant Roxanne Motamedi in the above-referenced action, and I submit this declaration in support of the Defendant's Response to Getty Images's Motion to Redact and Seal Portions of the Transcript of the Hearing Regarding Preliminary Injunction.

2. Attached to this declaration as Exhibit A is a true and correct copy of a web page from Getty Images's website regarding *People* Magazine found at the following URL, last visited February 22, 2017: http://www.gettyimages.com/photos/people-magazine?excludenudity=true&sort=mostpopular&mediatype=photography&phrase=people%20magazine&family=editorial.

DECLARATION OF MATTHEW W. SCHMIDT - 1
No. 2:16-cv-01892-RAJ

**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
(212) 374-5421

3. Attached to this declaration as Exhibit B is a true and correct copy of a web page from Getty Images's website regarding TMZ found at the following URL, last visited February 22, 2017:

http://www.gettyimages.com/photos/tmz?excludenudity=true&mediatype=photography&page=1&phrase=tmz&sort=mostpopular&family=editorial.

4. Attached to this declaration as Exhibit C is a true and correct copy of a web page from Getty Images's website regarding TMZ.com found at the following URL, last visited February 22, 2017:

http://www.gettyimages.com/photos/tmz.com?excludenudity=true&sort=mostpopular&mediatype=photography&phrase=tmz.com.

5. Attached to this declaration as Exhibit D is a true and correct copy of a web page from Getty Images's website regarding the Academy Awards found at the following URL, last visited February 22, 2017:

http://www.gettyimages.com/photos/oscars?excludenudity=true&family=editorial&mediatype=photography&page=1&phrase=oscars&sort=mostpopular.

6. Attached to this declaration as Exhibit E is a true and correct copy of a web page from Getty Images's website regarding the Grammy Awards found at the following URL, last visited February 22, 2017:

http://www.gettyimages.com/photos/grammys?excludenudity=true&family=editorial&mediatype=photography&page=1&phrase=grammys&sort=mostpopular.

7. Attached to this declaration as Exhibit F is a true and correct copy of a web page from Getty Images's website regarding the Golden Globe Awards found at the following URL, last visited February 22, 2017: http://www.gettyimages.com/photos/golden-globes?excludenudity=true&familyeditorial&mediatype=photography&page=1&phrase=golden%20globes&sort=mostpopular.

8. Attached to this declaration as Exhibit G is a true and correct copy of a web page from Getty Images's website regarding *The Hollywood Reporter* found at the following URL,

DECLARATION OF MATTHEW W. SCHMIDT - 2
No. 2:16-cv-01892-RAJ

BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
(212) 374-5421

last visited February 22, 2017: http://www.gettyimages.com/photos/the-hollywood-reporter?autocorrect=none&excludenudity=true&family=editorial&mediatype=photography&page=1&phrase=the%20hollywood%20reporter&sort=mostpopular.

9. Attached to this declaration as Exhibit H is a true and correct copy of *The Hollywood Reporter*'s partnership with Getty Images, Inc. found at the following URL, last visited February 22, 2017: http://www.hollywoodreporter.com/news/hollywood-reporter-billboard-launch-partnership-834977.

10. Attached to this declaration as Exhibit I is a true and correct copy of a web page regarding John Shearer's background found at the following URL, last visited February 22, 2017: http://www.shearerphotography.com/about/.

11. Attached to this declaration as Exhibit J is a true and correct copy of a web page from Getty Images's website of photos taken by John Shearer, found at the following URL, last visited February 22, 2017: http://www.gettyimages.com/photos/john-shearer?excludenudity=true&mediatype=photography&phrase=john%20shearer&sort=mostpopular.

12. Attached to this declaration as Exhibit K is a true and correct copy of John Shearer's Twitter web page found at the following URL, last visited February 22, 2017: https://twitter.com/ShearerPhoto.

13. Attached to this declaration as Exhibit L is a true and correct copy of a web page from Getty Images's website regarding Jeff Vespa's interview found at the following URL, last visited February 22, 2017: http://stories.gettyimages.com/jeff-vespa-on-sundance-film-festival-and-celebrity-portraits/.

14. Attached to this declaration as Exhibit M is a true and correct copy of a web page from Getty Images's website of Getty photos taken by Jeff Vespa found at the following URL, last visited February 22, 2017: http://www.gettyimages.com/photos/jeff-vespa?excludenudity=true&family=editorial&mediatype=photography&phrase=jeff%20vespa&sort=mostpopular.

DECLARATION OF MATTHEW W. SCHMIDT - 3
No. 2:16-cv-01892-RAJ

**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
(212) 374-5421

DATED:  February 22, 2017.

**BALESTRIERE FARIELLO**

By: _____
Matthew W. Schmidt
225 Broadway, 29th Floor
New York, New York 10007
Telephone: 212.374.5421
Facsimile:  212.208.2613
Email:  matthew.schmidt@balestrierefariello.com

DECLARATION OF MATTHEW W. SCHMIDT - 4
No. 2:16-cv-01892-RAJ

**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
(212) 374-5421

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 22nd day of February, 2017.

*Ashlee Hooten*
Ashlee Hooten

CERTFICATE OF SERVICE
No. 2:16-cv-01892-RAJ

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500