UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

GETTY IMAGES, INC., a Delaware
Corporation,

        Plaintiff,

  vs.

ROXANNE MOTAMEDI, an individual,

        Defendant.

Case No.  2:16-cv-1892

**ORDER**

This matter comes before the Court on Plaintiff Getty Images, Inc.'s ("Getty") motion to compel Defendant Roxanne Motamedi to answer deposition questions and for sanctions.  Dkt. # 60.  The Court has considered the papers filed in support of and in opposition to this motion and finds oral argument unnecessary.

The Court is increasingly disappointed with the breakdown in civility between the parties and their counsel.  The gamesmanship displayed on both sides is distressing.  Needless to say, the Court finds the parties' litigation strategy both inefficient and unproductive.

The Court does not find Defendant in contempt at this time and will not issue sanctions.  However, if the Court is presented with similar circumstances in the future, it will reconsider its leniency toward both Defendant and her counsel.

The Court grants Plaintiff's request to direct Defendant to sit for another deposition in Bellevue, Washington. The Court expects Defendant to prepare for this deposition—something her attorney claims she did in the past—and to answer Plaintiff's questions truthfully and completely—something the Court agrees she failed to do at the last deposition. Plaintiff has ten hours to complete this deposition. However, the Court will consider granting Plaintiff additional time if there is clear evidence that Defendant has engaged in delay tactics.

The Court will hold a teleconference three days prior to the scheduled deposition. Ms. Motamedi, her counsel, and Plaintiff's counsel who is taking the deposition are required to appear for the teleconference. The parties are directed to contact the courtroom deputy to schedule this teleconference.

Each side will be responsible for their costs for the previous depositions and the forthcoming one. However, the Court will consider imposing sanctions in the form of costs should the parties continue to make a mockery of the discovery process.

Additionally, the Court encourages the parties to consider mediation.

In sum, the Court **GRANTS in part** and **DENIES in part** Plaintiff's motion. Dkt. # 60.

Dated this 7th day of September, 2017.

The Honorable Richard A. Jones
United States District Judge

ORDER-2