The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GETTY IMAGES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROXANNE MOTAMEDI, an individual,<br><br>Defendant. | Case No. 2:16-cv-1892<br><br>DECLARATION OF ANNE HATCHER IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

I, Anne Hatcher, declare as follows:

1. I am the Vice President, Human Resources of a wholly owned subsidiary of Getty Images, Inc. ("Getty Images"). I am over 18 years of age, and competent to testify and I have personal knowledge of the facts set forth in this declaration.

2. I have worked for Getty Images for more than 15 years and, in my role, am responsible for the management of all human resources records and policies in North America for all of Plaintiff's subsidiaries.

3. Getty Images has procedures in place to protect the confidentiality of its proprietary and trade secret information. For example, all employees must sign a Non-Disclosure Agreement as a condition of being allowed access to Getty Images' trade secrets and confidential information.

DECLARATION OF ANNE HATCHER IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1
Case No. 16-CV-1892

SEBRIS BUSTO JAMES
14205 S.E. 36th Street – Suite 325
Bellevue, Washington 98006
(425) 454-4233

4. I have reviewed the personnel records kept by Getty Images for Defendant Roxanne Motamedi. Attached hereto as Exhibit 1 is a true and correct copy of her Non-Disclosure Agreement signed on February 17, 2000.

5. Attached hereto as Exhibit 2 is a true and correct copy of her Employee Confidentiality and Assignment of Inventions Agreement signed on February 17, 2001.

6. Attached hereto as Exhibit 3 is a true and correct copy of her Employee Confidentiality and Assignment of Inventions Agreement that is undated.

7. Attached hereto as Exhibit 4 is a true and correct copy of her Confidentiality and Non-Disclosure Agreement signed on April 1, 2001.

8. The non-disclosure agreements define Getty Images' "Confidential Information," which includes "information not known by actual or potential competitors of Getty Images," trade secrets, financial information, royalty rates, business plans and strategies, techniques, data relating to Getty Images or its affiliates, client lists, contractual terms and relationships. The agreements require employees to safeguard Getty Images' confidential information and to not disclose, transfer or use its confidential information for any purpose other than the conduct of Getty Images' business. The agreements also agreed to return all confidential information to be returned to Getty Images upon an employee's termination.

9. All visitors to Getty Images' facilities are required to sign in with security and/or the front desk and be issued a guest pass. Once inside, they must be escorted by a Getty Images employee. All work areas are locked and accessible only with a key card. Employees are required to use a password to log on to Getty Images' systems. Employee access to data on Getty Images' servers and cloud storage sites is limited by position and need-to-know. *i.e.*, persons at Ms. Motamedi's level and above are trusted with much more access to confidential data than lower level employees.

10. Adrian Murrell was formerly employed by Getty Images as a Senior Vice President, Editorial Imagery until his employment ended on June 30, 2014.

DECLARATION OF ANNE HATCHER IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 2
Case No. 16-CV-1892

SEBRIS BUSTO JAMES
14205 S.E. 36th Street – Suite 325
Bellevue, Washington 98006
(425) 454-4233

1  I declare under penalty of perjury under the laws of the State of Washington that the
2  foregoing is true and correct.

4  DATED this 31 day of October, 2017 at Seattle, Washington

*(signature)*
Anne Hatcher

DECLARATION OF ANNE HATCHER IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 3
Case No. 16-CV-1892

**SEBRIS BUSTO JAMES**
14205 S.E. 36th Street – Suite 325
Bellevue, Washington 98006
(425) 454-4233