The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GETTY IMAGES, INC., a Delaware Corporation,<br>Plaintiff,<br>vs.<br>ROXANNE MOTAMEDI, an individual,<br>Defendant. | Case No. 2:16-cv-1892<br><br>DECLARATION OF HEATHER CAMERON IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

I, Heather Cameron, declare as follows:

1. I am a paralegal employed by a wholly owned subsidiary of Getty Images, Inc. I have worked in Getty Images' legal department for more than 18 years. I am over 18 years of age, am competent to testify and I have personal knowledge of the facts set forth in this declaration.

2. I have reviewed accounting records and emails sent to/from Ms. Motamedi relating to holiday gifts she sent or authorized to be sent at Getty Images' expense to key clients in the last few months of her employment with Getty Images. Attached hereto as Exhibit 1 is a true and correct copy of a list of holiday gifts Ms. Motamedi sent or authorized to be sent at Getty Images' expense to key clients in the last few months of her employment with Getty Images.

//

//

//

SEBRIS BUSTO JAMES
14205 S.E. 36th Street – Suite 325
Bellevue, Washington 98006
(425) 454-4233

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 31st day of October, 2017 at Seattle, Washington

Heather Cameron

DECLARATION OF HEATHER CAMERON IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 2
Case No. 16-CV-1892

SEBRIS BUSTO JAMES
14205 S.E. 36th Street – Suite 325
Bellevue, Washington 98006
(425) 454-4233

# Exhibit 1

**CLIENTS THAT MS MOTAMEDI SENT CHRISTMAS GIFTS TO AT GETTY'S EXPENSE**

| | **Name** | **Company** |
|---|---|---|
| 1. | Amy Cusack | Sorel |
| 2. | Camille Orlandi | Gucci |
| 3. | Greg Baldwin | EMAs |
| 4. | Gaye Ann Bruno | CBS |
| 5. | Rich Kosters | Fox |
| 6. | Emily Weisenberger | Fox |
| 7. | Barbara Lake | Fox |
| 8. | Ana Torres | Disney |
| 9. | Maureen O'Connor and Eileen Thompson | Rogers & Cowan |
| 10. | Alex Lippin and Jennifer Price | Lippin Group |
| 11. | Roxy Campos | Sony |
| 12. | Nancy Walsh and Annie Buck | Chanel |
| 13. | Simona Chiappa | Prada |
| 14. | Stephanie Labeille | Cartier |
| 15. | Michael Mand | CAA |
| 16. | Stephanie Murphy | NBC |
| 17. | Andy Gelb | Slate / SGP |
| 18. | Michael Samonte | Sunshine Sachs |
| 19. | Bob Jeffrey | JWT |
| 20. | Steve Wilson | BWR |
| 21. | Beth Kseniak, Chris Donnellan and Ivan Shaw | Conde Nast / Vanity Fair |
| 22. | Beth Mitchell | InStyle |

| | | |
|---|---|---|
| 23. | Ellen Schultz | HBO |
| 24. | Teni Melidonian | AMPAS |
| 25. | Esther Song | Tory Burch |
| 26. | Stephanie Murphy | Access Hollywood |
| 27. | Munawar Hosain | |
| 28. | Marie Norrington | Mandarin Oriental PR |
| 29. | Milan Blagojeviv | Full Picture PR Agency |
| 30. | Theresa Coffino | Extra |