The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GETTY IMAGES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROXANNE MOTAMEDI, an individual,<br><br>Defendant. | Case No. 2:16-cv-1892<br><br>DECLARATION OF JONATHAN AMES IN SUPPORT IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

I, Jonathan Ames, declare as follows:

1. I have been employed by a wholly owned subsidiary of Getty Images, Inc. since 2011 and currently hold the position of Corporate Counsel, Director in the Los Angeles, California office. I am over 18 years of age, have personal knowledge of the facts set forth in this declaration, and am competent to testify to them.

2. On April 12, 2017, I was notified by Larry Busacca, Getty Images' Senior Director, North America Entertainment, that Ms. Motamedi still listed Getty Images as her job on LinkedIn. Mr. Busacca forwarded screenshots of Ms. Motamedi commenting on another LinkedIn member's profile, which showed her as a VP at Getty Images. Attached hereto as Exhibit 1 is a true and correct copy of the email and screenshots I received from Mr. Busacca.

DECLARATION OF JONATHAN AMES - 1

3.    I then screen-grabbed Ms. Motamedi's profile on LinkedIn and saw that her LinkedIn "headline" is inaccurate and misleading to the public. This is especially confusing when she comments on other people's social media on LinkedIn, because all one can see is a reference to Getty Images. It looks like she is still a current employee. Attached hereto as Exhibit 2 is a true and correct copy of the screen-grab of Ms. Motamedi's LinkedIn profile.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this __31__ day of October, 2017, at __Los Angeles__, California.

_Jonathan Ames_

DECLARATION OF JONATHAN AMES - 2

# Exhibit 1



---

**From:** Larry Busacca
**Sent:** Wednesday, April 12, 2017 6:10 AM
**To:** Jon Ames <Jon.Ames@gettyimages.com>
**Subject:** Info RM

Why is she allowed to still list Getty as her job on Linkedin? See attached. First frame is the top half second is the scroll down. She is commenting and it shows she is a VP at Getty.

**Larry Busacca** | Senior Director, North America Entertainment
p: +1  16466133718   |   m: 917-763-5155









# Exhibit 2


