IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GETTY IMAGES, INC., a Delaware Corporation,<br><br>vs.<br><br>ROXANNE MOTAMEDI, an individual,<br><br>Defendant. | Case No. 2:16-cv-01892-RAJ<br><br>JOINT STIPULATED MOTION TO ENTER INJUNCTION, CONDITIONALLY DISMISS LAWSUIT, AND RETAIN JURISDICTION |

Plaintiff Getty Images, Inc. ("Getty Images") and Defendant Roxanne Motamedi ("Motamedi") ("the Parties") have reached a conditional confidential settlement to resolve the pending dispute, pursuant to which they respectfully request that the Court enter a permanent injunction restricting Motamedi from:

- Making use of Getty Images's trade secrets in a manner inconsistent with the laws of the State of Washington, as articulated in *Nowogroski Ins., Inc. v. Rucker*, 971 P.2d 936 (1999);

- Soliciting any employee of Getty Images who is an employee of Getty Images at the time of such solicitation, including but not limited to persons employed by Getty Images in the role of staff photographers, for a period of three years from the Effective Date of the Parties' confidential settlement agreement;

- Soliciting or working with additional persons or entities specifically enumerated in Exhibit A to the Parties' confidential settlement agreement, for a period of three years from the Effective Date of the confidential settlement agreement; or

JOINT STIPULATED MOTION TO ENTER INJUNCTION - 1
Case No. 2:16-cv-01892-RAJ

SEBRIS BUSTO JAMES
14205 S.E. 36th Street – Suite 325
Bellevue, Washington 98006
(425) 454-4233

- Seeking employment, or personally entering into any engagement, working with, or providing any direct or indirect services to SilverHub Media, LLC (and its subsidiaries, affiliates, and successors, collectively "SilverHub") for a period of 18 months from the Effective Date of the confidential settlement agreement; provided, that Motamedi may obtain employment with Shutterstock so long as her duties do not involve providing direct or indirect services to SilverHub.

The Parties further request that the Court order the conditional dismissal of this matter, without fees or costs to either Party, and finally, that the Court retain jurisdiction over the Parties for a period of three years from the Effective Date of the confidential settlement agreement to enforce the terms of the permanent injunction and to preside over the resumption of this matter in the event of a material breach of the confidential settlement agreement. Pursuant to this stipulation, the Parties hereby withdraw all pending motions without prejudice.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 11, 2017

| BALESTRIERE FARIELLO | SEBRIS BUSTO JAMES |
|---|---|
| /s/ Matthew W. Schmit<br>John G. Balestriere<br>Matthew W. Schmidt<br>225 Broadway, 29th Floor<br>New York, New York 10007<br>Telephone: (212) 374-5401<br>Facsimile: (212) 208-2613<br>john.balestriere@balestrierefariello.com<br>matthew.schmidt@balestrierefariello.com | /s/ Jeffrey A. James<br>Jeffrey A. James, WSBA #18277<br>Email: jaj@sebrisbusto.com<br>14205 S.E. 36th Street, Suite 325<br>Bellevue, Washington 98006<br>Tel: 425-454-4233 / Fax: 425-453-9005 |

SAVITT BRUCE & WILLEY LLP

/s/ Duncan E. Manville
Duncan E. Manville
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Telephone: (206) 749-0500
Facsimile: (206) 749-0600
dmanville@sbwllp.com

JOINT STIPULATED MOTION TO ENTER INJUNCTION - 2
Case No. 2:16-cv-01892-RAJ

SEBRIS BUSTO JAMES
14205 S.E. 36th Street – Suite 325
Bellevue, Washington 98006
(425) 454-4233

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  DATED this 14th day of December, 2017.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

JOINT STIPULATED MOTION TO ENTER INJUNCTION - 3
Case No. 2:16-cv-01892-RAJ

**SEBRIS BUSTO JAMES**
14205 S.E. 36th Street – Suite 325
Bellevue, Washington 98006
(425) 454-4233